J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

FRANKLYN ARMANDO LEMUS GONZALEZ,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al,

Respondents.

No. 5:26-cv-01850-SRM-BFM

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is denied.

DATED: June 17, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE